# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-4345

_____

Harvey Hudspeth, Jr.; Estate of Staci    *
K. Hudspeth; Estate of Matthew Shane   *
Hudspeth, a minor, by Harvey Hudspeth, *
his father, natural guardian and next     *
friend,      *

                    *   Appeal from the United States
        Appellants,     *   District Court for the
                    *   Eastern District of Arkansas.
    v.                 *      [UNPUBLISHED]
                    *

City of Sherwood, Arkansas;     *
Leonard Carver, III,         *
                    *
        Appellees.      *

_____

Submitted:  September 15, 2000

Filed:  November 13, 2000

_____

Before WOLLMAN, Chief Judge, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

After a June 1, 1995, altercation with a Sherwood, Arkansas, police officer, Staci K. Hudspeth was charged with the misdemeanor offenses of third degree battery and obstructing a governmental operation.  During the criminal proceedings, her attorney agreed, on Hudspeth's behalf, that Hudspeth would forego a civil suit against the police

officer or the city in exchange for the termination of the proceedings. The city dismissed the charges, and shortly thereafter Hudspeth died of brain cancer. Some three years later, Hudspeth's estate and survivors brought a civil action against the police officer and the city and now appeal from the district court's[1] grant of summary judgment in favor of the defendants based on the court's conclusion that a valid release-dismissal agreement barred the civil suit. See, e.g., Woods v. Rhodes, 994 F.2d 494, 502 (8th Cir. 1993). Having considered the record and the parties' submissions, we are satisfied that the court reached the correct result and conclude that a detailed opinion would have no precedential value. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.